# STATE OF MICHIGAN

# COURT OF APPEALS

PEOPLE OF THE STATE OF MICHIGAN,

      Plaintiff-Appellee,

v

JOSEPH CHRISTOPHER MAZZIO,

      Defendant-Appellant.

UNPUBLISHED
December 12, 2017

No. 334213
Oakland Circuit Court
LC No. 2012-242291-FC

Before: JANSEN, P.J., and CAVANAGH and CAMERON, JJ.

JANSEN, J. (*concurring*)

      I concur in the result only.

                                      /s/ Kathleen Jansen

-1-